An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL WOOMER,
Appellant,
vs.
JAMES PITTS, ELKO COUNTY
SHERIFF,
Respondent.

No. 64863

**FILED**

JUL 2 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from an order denying a motion to dismiss for lack of subject matter jurisdiction.[1] Fourth Judicial District Court, Elko County; Nancy L. Porter, Judge.

Appellant filed his motion on June 26, 2013, more than thirteen years after entry of the judgment of conviction on March 30, 2000.[2] Thus, appellant's motion was untimely filed. *See* NRS 34.726(1).

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

[2]Because appellant challenged his conviction and sentence, we conclude that the district court properly construed appellant's motion to be a post-conviction petition for a writ of habeas petition. *See* NRS 34.724(2)(b) (stating that a post-conviction petition for a writ of habeas corpus "[c]omprehends and takes the place of all other common-law, statutory or other remedies which have been available for challenging the validity of the conviction or sentence, and must be used exclusively in place of them").

SUPREME COURT
OF
NEVAOA

(O) 1947A

14-23846

Appellant's motion was procedurally barred absent a demonstration of good cause—cause for the delay and undue prejudice. *See id.*

Appellant did not attempt to demonstrate cause for the delay. To the extent that appellant argued that the procedural bars did not apply because he was challenging the constitutionality of the laws and the jurisdiction of the courts, appellant's argument was without merit. Appellant's claims challenge the validity of the judgment of conviction, and thus, the procedural bars do apply in this case.[3] *See* NRS 34.720(1); NRS 34.724(1). Because appellant did not demonstrate good cause, the motion was procedurally barred. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

---

[3]Appellant's claims did not implicate the jurisdiction of the courts. Nev. Const. art. 6, § 6; NRS 171.010. We note that the Statutes of Nevada contain the laws with the enacting clauses required by the constitution. The Nevada Revised Statutes simply reproduce those laws as classified, codified, and annotated by the Legislative Counsel. NRS 220.120.

cc: Hon. Nancy L. Porter, District Judge
Michael Woomer
Attorney General/Carson City
Elko County District Attorney
Elko County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A